IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN ALFONSO RIVERA | § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. H-05-1192 |
| | § | Criminal Action No. H-03-287(1) |
| UNITES STATES OF AMERICA, | § § | |
| Respondent. | § § § | |

## FINAL JUDGMENT

As Petitioner Juan Alfonso Rivera's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Civil Document No. 1, Criminal Document No. 30) has been denied, and the United States of America's Motion to Dismiss (Civil Document No. 3, Criminal Document No. 31) has been granted, the Court hereby DISMISSES Petitioner Juan Alfonso Rivera's section 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 10th day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge